IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT**  **PLAINTIFF**
**ADC #131042**

v.   No: 5:19-cv-00280 JM-PSH

**GIBSON,** *et al.*  **DEFENDANTS**

# ORDER

The Court has reviewed the Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Scott's Eighth Amendment excessive force claim against Johnson proceed;

2. Scott's Eighth Amendment failure to protect/deliberate indifference claim against Green proceed;

3. Scott's Eighth Amendment deliberate indifference claim against Gibson, Shipman, and Carroll proceed;

4. Scott's Fourteenth Amendment due process claim against Golden, Johnson, and Green are dismissed without prejudice for failure to state a claim upon which relief may be granted;

5. Scott's Eighth Amendment failure to provide medical treatment claim against Bland, CCS, Gibson, Shipman, and Carroll are dismissed as unrelated to this lawsuit; and

6. Defendants Golden, Bland, and CCS are dismissed as defendants.

DATED this 5th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE