IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT**                                                                                               **PLAINTIFF**
**ADC #131042**

v.                                    No: 5:19-cv-00280 JM-PSH

**JAMES GIBSON,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that preliminary relief is not warranted. Scott's motion for a temporary restraining order and preliminary injunction (Doc. No. 46) are denied.

DATED this 8th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE