IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT**                                                                                                    **PLAINTIFF**
**ADC #131042**

v.                                       Case No: 5:19-cv-00280 JM

**JAMES GIBSON,** *et al.*                                                                                      **DEFENDANTS**

## ORDER

Before the Court is a Motion to Dismiss With Prejudice filed by Plaintiff Deverick Scott (Doc. No. 108). The parties have entered into a settlement agreement and agree to dismiss this case with prejudice. The terms of the parties' settlement were read into the record on February 10, 2023. *See* Doc. No. 103. The Motion to Dismiss is GRANTED and the case is dismissed with prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement, if necessary.

IT IS SO ORDERED this 27th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE