## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DEVERICK SCOTT**                                                              **PLAINTIFF**
**ADC #131042**

**v.**                          **Case No: 5:19-cv-00280 JM**

**JAMES GIBSON,** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 27th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE